IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00788-BR

**Annmarie Diede**,

    Plaintiff,

v.

**UNC Healthcare, et al.**,

    Defendant.

**Order**

    Plaintiff Annarie Diede moved the court to require the parties to participate in mediation. D.E. 65. On June 25, 2018, the Court entered a scheduling order requiring the parties to participate in mediation before the end of the discovery period. D.E. 69. Although the court has temporarily stayed discovery pending the outcome of the Defendants' Motion to Stay Discovery, the parties remain free to engage in mediation or other forms of alternative dispute resolution. Therefore, the court denies the Motion to Allow Mediation as moot.

Dated: July 5, 2018

_____
Robert T. Numbers, II
United States Magistrate Judge