UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANNMARIE DIEDE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:16-CV-788-BR** |
| UNC HEALTHCARE, BETH | ) | |
| PAGANINI-FINCH, BRADLEY | ) | |
| JENSEN, CHRISTINIA VANESSA | ) | |
| DANIELS, RAJA HUSSARI AND | ) | |
| JERRY UNKNOWN, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order dated 2/24/2017, the court adopts the M&R as its own, and for the reasons stated therein, plaintiff's batter claim is DISMISSED, and defendants Beth Paganini-Finch, Bradley Jensen, Christina Vanessa Daniels, and Jerry Unknown are DISMISSED from the action. Plaintiff's Title VII claims for hostile work environment and retaliation and assault claim against defendants UNC Healthcare and Hussari remain.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order dated 1/24/2018, UNC Healthcare's motion to dismiss, (DE #12), is GRANTED IN PART and DENIED IN PART. Plaintiff's claim of assault against UNC Healthcare is DISMISSED. Plaintiff's Title VII claims for hostile work environment and retaliation against UNC Healthcare and Hussari remain.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Based on the foregoing, Hussari's motion to dismiss, (DE # 42), is GRANTED. UNCHCS's motion to dismiss, (DE# 53), is also GRANTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction and for insufficient service of process pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5). The Clerk is DIRECTED to enter judgment in favor of defendants and close this case.

This Judgment filed and entered on July 17, 2018, and copies to:

Annmarie Diede (via CM/ECF electronic notification)
Kathryn J. Thomas (via CM/ECF electronic notification)
Robert Thurston Broughton (via CM/ECF electronic notification)

July 17, 2018

Peter A. Moore, Jr.
Clerk of Court

By: _Susan K. Edwards_

Deputy Clerk